WILSON et al., Appellants, v. HAXBY.

Practice. Where the record does not show that exception was taken to the action of the trial court in overruling the motions for new trial and in arrest of judgment, and no error appears in the record proper, the judgment will be affirmed.

Appeal from Adair Circuit Court.—HON. ANDREW ELLISON, Judge.

AFFIRMED.

J. R. Musick for appellants.

P. F. Greenwood for respondent.

NORTON, J.—The record in this case does not show that any exception was taken either to the action of the trial court in overruling plaintiffs' motion for a new trial or motion in arrest of judgment, and no error appearing

| 76 | 345 |
| 110 | 411 |
| 76 | 345 |
| 125 | 481 |
| 57a | 92 |
| 76 | 345 |
| 63a | 362 |
| 76 | 345 |
| 141 | 395 |
| 76 | 345 |
| 146 | 176 |
| 76a | 274 |

in the record proper, under the authority of the following cases the judgment must. be and is hereby affirmed. *City of St. Joseph v. Ensworth*, 65 Mo. 628; *Case v. Fogg*, 46 Mo. 44; *Harrison v. Bartlett*, 51 Mo. 170; *Dougherty v. Whitehead*, 31 Mo. 255. All concur.